## SECOND DEPARTMENT.

### GENERAL TERM, MAY, 1874.

MORAN v. DARRIN, appellant.

*Vendor and purchaser — fraudulent omission in contract — recovering back payments made.*

A purchaser of land was defrauded by the vendor, by means of an intentional omission in the contract and deed, of a part of the property which the latter agreed to convey, and on the fraud being discovered the vendor refused to execute such a contract as should have been drawn : *Held*, that the purchaser could maintain an action to recover back the payments he had made.

APPEAL by the defendant from a judgment entered on the verdict of a jury.

The action was brought by Edward Moran against Henry A. Darrin, to recover $4,309.21, and interest, which had been paid by the plaintiff to the defendant, upon a contract between them, for the sale and purchase of land. The money was sought to be recovered back on the ground of fraud on the part of the defendant, in omitting to include in the agreement which he caused to be drawn up, a part of the property agreed to be sold and purchased.

*Charles Whelp*, for appellant.

*Ira D. Warren*, for respondent.

BARNARD, P. J.

The head-note contains the only point passed upon in the opinion, which it is not believed necessary to give at length.

*Judgment affirmed.*